IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE RAMIREZ and JIMMY PIZARRO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON CONNECT FLEET USA LLC,<br><br>Defendant. | Civil Action No.<br>1:23-CV-00343-MLB<br>COLLECTIVE ACTION |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY FURTHER PROCEEDINGS

Plaintiffs Jose Ramirez and Jimmy Pizarro and Defendant Verizon Connect Fleet USA LLC (collectively the "Parties") hereby give the Court notice that the Parties have reached a settlement in principle. The Parties further state that:

1. As part of the settlement terms, Mariano Cansler and Nicholaus Atkins, currently plaintiffs in *Cansler v. Verizon Connect Fleet USA, LLC*, No. 8:23-cv-02175-T-33AEP (M.D. Fla.), have agreed to dismiss with prejudice their claims in the Middle District of Florida and file opt-in consent forms to join this lawsuit in order to settle their claims.

2. The parties anticipate filing a Joint Motion to Approve the Settlement

within 45 days from this date.

3. The parties hereby move the Court to enter a stay as to all existing deadlines in this case in order to allow the Parties to finalize the settlement agreement and submit the Joint Motion to Approve the Settlement.

| | |
|---|---|
| Dated: December 1, 2023 | Respectfully submitted, |

*/s/ Mitchell L. Feldman (with permission)*  /s/ Tonya B .Braun*
Mitchell L. Feldman, Esq.                     Elaine R. Walsh
Georgia Bar No. 257791                        Georgia Bar No. 003480
FELDMAN LEGAL GROUP                           JONES DAY
1201 Peachtree Street, NE                     1221 Peachtree Street, N.E.
Second Floor                                  Suite 400
Atlanta, GA 30361                             Atlanta, GA  30361
Telephone:  (813) 639-9366                    Telephone:  (404) 521-3939
Facsimile:   (813) 639-9376                   Facsimile:   (404) 581-8330

*Attorney for Plaintiff*

Tonya B. Braun
(admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH  43215-2673
Telephone:  (614) 469-3939
Facsimile:   (614) 461-4198

*Attorneys for Defendant*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filings to all attorneys of record.

/s/ Elaine R. Walsh
One of the Attorneys for Defendant Verizon Connect Fleet USA LLC